# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:13−cv−00417−slc

Lemmer, Tammy v. Santander Consumer USA, Inc. et al
Assigned to: Magistrate Judge Stephen L. Crocker
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 06/13/2013
Date Terminated: 07/08/2013
Jury Demand: None
Nature of Suit: 480 Consumer Credit
Jurisdiction: Diversity

**Plaintiff**

**Tammy Lemmer** represented by **Briane F. Pagel , Jr.**
Krekeler Strother, S.C.
Suite 301
2901 West Beltline Highway
Madison, WI 53713
608−258−8555
Fax: 608−258−8299
Email: bpagel@ks−lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Santander Consumer USA, Inc.**

**Defendant**

**Glanis, Pollack, Jacobs, and Johnson, S.C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2013 | Ï 1 | Disregard. See docket entry 2 . Requested attorney refile in correct order with exhibits attached as appropriate on 6/14/2013. (jaf) (Entered: 06/13/2013) |
| 06/17/2013 | Ï 2 | COMPLAINT against Glanis, Pollack, Jacobs, and Johnson, S.C., Santander Consumer USA, Inc. (Filing fee $400, receipt number 0758−1190209) filed by Tammy Lemmer. (Attachments: #1 JS−44 Civil Cover Sheet, #2 Summons, #3 Exhibit 1 – Loan Origination Documents, #4 Exhibit 2 – Bankruptcy Information, #5 Exhibit 3 – Citi−Santander Agreement, #6 Exhibit 4 – Replevin Summons and Complaint, #7 Exhibit 5 – Vehicle Sale Information, #8 Exhibit 6 – Motion to Reopen, #9 Exhibit 7 – Amended Motion to Reopen, #10 Exhibit 8 – Motion to Quash) (Pagel, Briane) Modified on 6/18/2013. (jaf/arw) (Entered: 06/17/2013) |

| 06/18/2013 | Ï | Case randomly assigned to Magistrate Judge Stephen L. Crocker. (arw) (Entered: 06/18/2013) |
| 06/18/2013 | Ï | Standard attachments for Magistrate Judge Stephen L. Crocker required to be served on all parties with summons or waiver of service: Briefing Guidelines, Corporate Disclosure Statement, Order Regarding Assignment of Civil Cases, Notice of Assignment to Magistrate Judge and Consent/Request for Reassignment, Order on Dispositive Motions. (arw) (Entered: 06/18/2013) |
| 06/18/2013 | Ï 3 | Summons Issued as to Santander Consumer USA, Inc. and Glanis, Pollack, Jacobs and Johnson, S.C. (arw) (Entered: 06/18/2013) |
| 07/02/2013 | Ï 4 | MOTION TO TRANSFER to the Eastern District of Wisconsin by Plaintiff Tammy Lemmer. (Pagel, Briane) Modified on 7/3/2013. (jaf) (Entered: 07/02/2013) |
| 07/08/2013 | Ï 5 | ** TEXT ONLY ORDER **<br>ORDER granting 4 Motion to Transfer to the Eastern District of Wisconsin. Signed by Magistrate Judge Stephen L. Crocker on 7/8/2013. (arw) (Entered: 07/08/2013) |