UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TAMMY LEMMER,

   Plaintiff,

-vs-

SANTANDER CONSUMER USA, INC. and
GALANIS, POLLACK, JACOBS, AND
JOHNSON, S.C.,

   Defendants.

Case No.: 2:13-cv-00765-LA

Judge Lynn Adelman

---

## STIPULATION AND ORDER TO
## WITHDRAW THE COMPLAINT AND FOR DISMISSAL WITH PREJUDICE

---

  **IT IS HEREBY STIPULATED** by and between Plaintiff Tammy Lemmer and Defendants Galanis, Pollack, Jacobs, and Johnson, S.C. ("GALANIS") and Santander Consumer USA, Inc. ("SANTANDER"), through their respective undersigned counsel, that Plaintiff's Complaint and the claims against GALANIS and SANTANDER (*See* Docket Entry No. 2) are **withdrawn *with prejudice*** and that the above-captioned lawsuit is dismissed, **on the merits**, **with prejudice** and without an award of costs or attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

  Dated this 11th day of June, 2014.

/s/ *Briane F. Pagel, Jr*.              /s/ *Carlos A. Ortiz*

**Briane F. Pagel, Jr.**                **David M. Schultz**
Attorney Bar No. 1025514                Attorney Bar No. 6197596
**Rishi G. Shah**                       **Carlos A. Ortiz**
Attorney Bar No. 1089361                Attorney Bar No: 1050385
**KREKELER STROTHER, S.C.**             **HINSHAW & CULBERTSON LLP**
2901 West Beltline Hwy. Suite 301       222 North LaSalle Street, Suite 300
Madison, WI  53713                      Chicago, IL 60601
Phone No.:  608.258.8555                Phone No.:  312.704.3000
Fax No.:  608.258.8299                  Fax No.:  312.704.3001
E-mail Address:   bpagel@ks-lawfirm.com E-mail Address:  dschultz@hinshawlaw.com
            rshah@ks-lawfirm.com                    cortiz@hinshawlaw.com

*Attorneys for Plaintiff Tammy Lemmer*  *Attorneys for Defendant Galanis, Pollack, Jacobs and Johnson, S.C.*

/s/ **Richard H. Porter**

**Richard H. Porter**
Attorney Bar No. 1015230
**GONZALEZ SAGGIO & HARLAN, LLP**
111 E. Wisconsin Ave., Suite 1000
Milwaukee, WI 53202
Phone No. 414.277-8500
Fax No. 414.277.8521
E-mail Address: richard_porter@gshllp.com

*Attorneys for Defendant Santander Consumer USA, Inc.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

_____              _____
Date                        The Honorable Lynn Adelman
                            U.S. District Court Judge